# ADDENDA.

———•◦•———

T. T. Tyree & Co. v. Sands & Co.—Thomas P. Miller & Co., Intervenors.

APPEAL from the Fourth District Court, parish of Orleans. *Théard, J. Campbell, Spofford & Campbell* and *Clarke, Bayne & Renshaw,* for plaintiffs and appellees. *Randell Hunt* and *William H. Hunt,* and *Dirrhammer & Kennard,* for intervenors and appellants. *Walker Fearn,* for defendants. 24 An. Rep., p. 363.